508 A.2d 549

**Walter JONES**

v.

**David R. VAN NORMAN, et ux. and First Valley Bank, Petitioner.**

Supreme Court of Pennsylvania.

April 28, 1986.

Petition for Allowance of Appeal GRANTED, No. 63 E.D. Appeal Docket 1986.